UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
United States of America,

                        Plaintiff,

    -against-

                                                Case No. 7:18-mj-5624

Dale C. Page

                       Defendant.

---------------------------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                                SO ORDERED.

                                                                 Hon. Martin R. Goldberg
                                                                  United States Magistrate Judge

Dated: 26th day of August 2022
        Poughkeepsie, New York